UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTIN OLMSTEAD,<br><br>                     Plaintiff(s),<br><br>           v.<br><br>PROOF TECHNOLOGY, INC.,<br><br>                     Defendant(s). | 23-CV-9031 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

An order issued on October 17, 2023, scheduled an initial pretrial conference for December 5, 2023, at 2:30 P.M. EST. *See* ECF No. 5. That order required the parties to file a joint status letter, attaching a proposed case management plan, by November 28, 2023. No such letter was filed.

It is hereby ORDERED that the parties shall file the required materials as soon as possible and no later than **December 5, 2023**.

It is further ORDERED that the initial pretrial conference is ADJOURNED to **December 12, 2023, at 11:30 A.M. EST**. The conference will be telephonic. The parties shall join the conference by dialing (646) 453-4442 and entering the conference ID: 364 022 611, followed by the pound sign (#).

In accordance with the Court's Individual Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least two (2) business days before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties' next

scheduled appearance before the Court. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Defendant's counsel has not yet entered a notice of appearance. Counsel who have entered a notice of appearance as of the issuance of this order are directed to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this order, and to file proof of such notice with the Court. If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this order to that party personally.

SO ORDERED.

Dated: November 29, 2023
       New York, New York

DALE E. HO
United States District Judge