UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTIN OLMSTEAD,<br><br>                    Plaintiff(s),<br><br>          v.<br><br>PROOF TECHNOLOGY, INC.,<br><br>                    Defendant(s). | 23-CV-9031 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

An order issued October 17, 2023, scheduled an initial pretrial conference for December 5, 2023, at 2:30 p.m. ET.  *See* ECF No. 5.  That order required the parties to file a joint status letter, attaching a proposed case management plan, by November 28, 2023.  No such letter was filed.  An order issued November 29, 2023, adjourned the deadline to file the required materials to December 5, 2023, and adjourned the initial conference to December 12, 2023, at 11:30 A.M. EST.  *See* ECF No. 7.  No such letter was filed.  Defendants have not yet appeared.

It is hereby **ORDERED** that, if the parties have been in communication, they shall file the required materials as soon as possible and no later than **December 8, 2023.**  If Plaintiff has not been in contact with Defendants, Plaintiff shall file a status letter on ECF describing her efforts to provide actual notice of this lawsuit to Defendants and her plan to prosecute this action.

It is further **ORDERED** that Plaintiff shall serve this order on Defendants via Federal Express and file proof of service on ECF by **December 8, 2023.**

Plaintiff is apprised that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.d

SO ORDERED.

Dated: December 6, 2023
          New York, New York

_____
DALE E. HO
United States District Judge