UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTIN OLMSTEAD,

                      Plaintiff,

      v.

PROOF TECHNOLOGY, INC..,

                     Defendant.

23 Civ. 9031 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

On **January 30, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **February 6, 2024, at 11:30 a.m. EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: February 1, 2024
        New York, New York

                                                        DALE E. HO
                                                 United States District Judge