

Phillips & Associates, Attorneys At Law, PLLC
45 Broadway, Suite 430
New York, NY, 10006
Tel: 212-248-7431
Fax: 212-901-2107

July 16, 2024

**Via ECF**

Honorable Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Kristin Olmsted v. Proof Technology, Inc.**
**23-CV-9031 (DEH)**

Dear Judge Ho:

The parties in the above-referenced matter jointly submit this letter. This matter is currently scheduled for private mediation on August 5, 2024. As such, we respectfully request an adjournment of the Case Management Conference scheduled for July 23, 2024, to a date after August 5, 2024.

Application GRANTED.

The conference scheduled for July 23, 2024 is ADJOURNED to **August 13, 2024 at 11:30 a.m. ET.** The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 930 882 057, followed by the pound sign (#). The parties shall submit a joint status letter by **August 6, 2024**. The letter shall state whether any party intends to file a dispositive motion. The letter shall further describe the efforts the parties have made to settle the action and state whether the parties request a referral for settlement discussions before the assigned Magistrate Judge or through the District's Mediation Program.

The Clerk of Court is respectfully directed to close ECF No. 25.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: July 17, 2024
New York, New York

Respectfully submitted,

**PHILLIPS & ASSOCIATES, PLLC**

 /s/Jesse S. Weinstein
Jesse S. Weinstein, Esq.
Attorneys for Plaintiff

**GORDON REES SCULLY MANSUKHANI, LLP**

 /s/Claudia Costa
Claudia Costa, Esq.
Attorneys for Defendant