UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTIN OLMSTEAD,<br><br>        Plaintiff,<br><br>    v.<br><br>PROOF TECHNOLOGY, INC.,<br><br>        Defendant. | 23 Civ. 9031 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued July 17, 2024, requires the parties to file a joint status letter by August 6, 2024, in advance of a conference scheduled for August 13, 2024.  *See* ECF No. 26.  The parties did not file the required letter.

  It is hereby **ORDERED** that the parties shall file the joint status letter as soon as possible and no later than **August 8, 2024**.

  SO ORDERED.

Dated: August 7, 2024
    New York, New York

                       DALE E. HO
                   United States District Judge