```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/1/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTIN OLMSTEAD,

                Plaintiff,

      -v-

PROOF TECHNOLOGY, INC.,

                Defendant.

**ORDER**

23-CV-9031 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated March 31, 2025, this case was referred to me for settlement. ECF No. 44.

A conference is scheduled on **April 9, 2025,** at **4:00 p.m.** by telephone to discuss settlement. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 913 889 126#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: April 1, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1