```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTIN OLMSTEAD,

                Plaintiff,

-v-

PROOF TECHNOLOGY, INC.,

                Defendant.

**ORDER**

23-CV-9031 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Following a conference with the parties today, the Court has determined that a settlement conference is likely to be productive. Parties are directed to confer and to contact Chambers via email to propose dates for the settlement conference.

**SO ORDERED.**

Dated: April 9, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1